| | |
|---|---|
| 1 | LEE TRAN & LIANG LLP |
| 2 | James M. Lee (CA Bar No. 192301)<br>James.lee@ltlattorneys.com |
| 3 | Enoch H. Liang (CA Bar No. 212324)<br>enoch.liang@ltlattorneys.com |
| 4 | Lisa J. Chin (CA Bar No. 259793)<br>lisa.chin@ltlattorneys.com |
| 5 | 601 South Figueroa Street, Suite 3900<br>Los Angeles, CA 90017 |
| 6 | Tel: 213-612-8900<br>Fax: 213-612-3773 |

Attorneys for Plaintiff and Counter-Defendant
SHOEDAZZLE.COM, INC.

JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHOEDAZZLE.COM, INC., a California corporation,<br><br>        Plaintiff and Counter-Defendant,<br><br>vs.<br><br>ACT II JEWELRY, LLC dba LIA SOPHIA, a Delaware corporation,<br><br>        Defendant and Counter-Plaintiff. | **Case No.: CV-13-09068-FMO-Ex**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO PARTIES' STIPULATION OF DISMISSAL** |

1  Based on the Stipulation of Dismissal With Prejudice filed by the parties on
2  March 26, 2014, and upon a finding of good cause, the Court hereby orders:
3  The above-referenced matter is dismissed with prejudice pursuant to the Fed.
4  Rule Civ. P. 41(a).
5  IT IS SO ORDERED.
6
7  Dated:   March 27, 2014
8                                           _____/s/_____
9                                              Hon. Fernando M. Olguin
                                              United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1